## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

**v.**                                    **Case No: 6:22-cv-1871-PGB-EJK**

**H&D ASSOCIATES, LLC and**
**RADHA MAHITA**
**ENTERPRISES, LLC,**

      **Defendants.**

_____/

## <u>ORDER</u>

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed December 9, 2022 (Doc. 9) before the Defendant answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant H&D Associates, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate H&D Associates, LLC from the file.

**DONE AND ORDERED** in Orlando, Florida on December 5, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties