**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:22-cv-01871-PGB-EJK

TAVIA WAGNER,

 Plaintiff,

vs.

RADHA MAHITHA ENTERPRISES,
LLC, d/b/a KWIK SHOP STORE,

 Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action as to Defendant, RADHA MAHITHA ENTERPRISES, LLC, d/b/a KWIK SHOP STORE.  The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 6th day of January 2023.

 By: /s/Joe M. Quick, Esq.
  Joe M. Quick, Esq.
  Florida Bar No.: 0883794
  Law Office of Joe Quick, P.A.
  *Counsel for Plaintiff*
  1224 S. Peninsula Drive #619
  Daytona Beach, Florida 32118
  Tel: (386) 212-3591
  E-mail:JMQuickesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe 3Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com

2